| People v Smith | App Term, 1st Dept: 55 Misc 3d 138(A) (NY) | denied 7/28/17 (Stein, J.) |
| People v Strong | App Div, 3d Dept: 2017 NY Slip Op 73673(U) (Warren) | dismissed 7/31/17 (DiFiore, Ch. J.) |
| People v Tapia | 2d Dept: 148 AD3d 940 (Kings) | withdrawn 7/12/17 (Wilson, J.) |
| People v Torres | 1st Dept: 148 AD3d 613 (Bronx) | denied 7/26/17 (Fahey, J.) |
| People v Triplett | 4th Dept: 149 AD3d 1592 (Erie) | denied 7/10/17 (Stein, J.) |
| People v Tucker | App Div, 1st Dept: 2017 NY Slip Op 72242(U) (NY) | denied 7/28/17 (Wilson, J.) |
| People v Vargas (Oscar) | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 136(A) (Queens) | denied 7/26/17 (Fahey, J.) |
| People v Vargas (Oscar) | 2d Dept: 150 AD3d 772 (Kings) | denied 7/28/17 (Stein, J.) |
| People v Walters | App Term, 1st Dept: 55 Misc 3d 127(A) (Bronx) | denied 7/7/17 (Rivera, J.) |
| People v Whaley (Crystal) | 2d Dept: 150 AD3d 1032 (Kings) | denied 7/24/17 (DiFiore, Ch. J.) |
| People v Whaley (John) | App Div, 2d Dept: 2017 NY Slip Op 72224(U) (Suffolk) | dismissed 7/24/17 (DiFiore, Ch. J.) |
| People v Wheeler | 4th Dept: 149 AD3d 1571 (Erie) | denied 7/25/17 (DiFiore, Ch. J.) |
| People v White | 1st Dept: 148 AD3d 510 (NY) | denied 7/26/17 (Fahey, J.) |
| People v Williams (Anthony) | 2d Dept: 149 AD3d 880 (Nassau) | denied 7/25/17 (Rivera, J.) |
| People v Williams (Jason) | 4th Dept: 150 AD3d 1684 (Erie) | denied 7/20/17 (DiFiore, Ch. J.) |
| People v Williams (Levonne) | 1st Dept: 150 AD3d 486 (NY) | denied 7/26/17 (Fahey, J.) |
| People v Wilson | 3d Dept: 144 AD3d 1182 (Fulton) | denied 7/26/17 (DiFiore, Ch. J.) |
| People v Woods | 3d Dept: 150 AD3d 1560 (Albany) | denied 7/28/17 (Wilson, J.) |
| People v Worthington | 3d Dept: 150 AD3d 1399 (Chemung) | denied 7/26/17 (Fahey, J.) |

[81 NE3d 379, 58 NYS3d 896]

RONALD J. PAPA et al., Doing Business as MUIR LAKE ASSOCIATES, Appellants, v ASSOCIATED INDEMNITY CORPORATION et al., Respondents.

Decided June 22, 2017